IGNACI JAKUBOSKI, Respondent, v. MATSON NAVIGATION Co. et al., Appellants. The fifth affirmative defense is sufficient in law. (*Jakuboski* v. *Matson Navigation Co.*, 264 App. Div. 735; *Hunt* v. *Bank Line*, 35 Fed. Rep. [2d] 136.) The affidavit submitted on behalf of plaintiff in opposition to the motion fails to show the existence of a triable issue of fact. Carswell, Johnston, Adel and Close, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

MARY H. LEACH, Respondent, v. TOWN OF EASTCHESTER, Appellant.— Lazansky, P. J., Taylor and Close, JJ., concur; Adel, J., concurs, with the following memorandum: I concur for affirmance on the sole ground that the law of the case was fixed by the decision of this court when the case was here on appeal from the first trial (263 App. Div. 898). I adhere, however, to my opinion as evidenced by my dissenting vote then recorded; Johnston, J., dissents and votes to reverse the judgment and to dismiss the complaint on the ground that the physical facts, as shown by the photographs and the dimensions testified to by the witnesses for both plaintiff and defendant, establish that the condition was not in the nature of a trap.

IRENE W. LOUDON et al., Appellants, v. SAMUEL N. ELLEN, Respondent.— We believe the evidence in plaintiffs' behalf was sufficient to establish a *prima facie* case. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.